**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN HUERTAS, EVA MISTRETTA, JOSE VILLARREAL, DON PENALES, JR., MIKE POOVEY, JEREMY WYANT, CHRISTOPHER CADORETTE, JONATHAN MARTIN, SEAN STEINWEDEL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER U.S., LLC, <br><br> Defendant. | Civil Action No: 21-20021 (SDW)(CLW) <br><br> **ORDER** <br><br><br> May 23, 2023 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant Bayer, LLC's Motion to Dismiss, (D.E. 39), Plaintiffs Juan Huertas, Eva Mistretta, Jose Villarreal, Don Penales, Jr., Mike Poovey, Jeremy Wyant, Christopher Cadorette, Jonathan Martin, and Sean Steinwedel's Class Action Complaint, (D.E. 29), pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(1) and 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated May 23, 2023,

**IT IS** on this 23rd day of May, 2023

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.

2

**SO ORDERED**.

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:    Clerk
           Cathy L. Waldor, U.S.M.J.
           Parties