# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN HUERTAS, EVA MISTRETTA, JOSE VILLARREAL, JEREMY WYANT, MIKE POOVEY, CHRISTOPHER CADORETTE, SEAN STEINWEDEL, JONATHAN MARTIN, DON PENALES, JR, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>BAYER U.S. LLC,<br><br>               Defendant. | Case No. 2:21-cv-20021-SDW-CLW<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that Plaintiffs Juan Huertas, Eva Mistretta, Jose Villarreal, Jeremy Wyant, Mike Poovey, Christopher Cadorette, Sean Steinwedel, Jonathan Martin, and Don Penales, Jr. (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's May 23, 2023 Opinion (D.E. 48) and the Court's May 23, 2023 Order (D.E. 49) granting Defendant Bayer U.S. LLC's Motion to Dismiss (D.E. 39).

Dated: June 20, 2023                              Respectfully submitted,

By: */s/ Philip L. Fraietta*
      Philip L. Fraietta

**BURSOR & FISHER, P.A**
Philip L. Fraietta
Max S. Roberts*
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  pfraietta@bursor.com
      mroberts@bursor.com

**BURSOR & FISHER, P.A**
Yeremey O. Krivoshey*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ykrivoshey@bursor.com

**SILVER GOLUB & TEITELL LLP**
Steven L. Bloch*
Ian W. Sloss*
Zachary A. Rynar
1 Landmark Sq., 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
E-Mail: sbloch@sgtlaw.com
      isloss@sgtlaw.com
      zrynar@sgtlaw.com

**FARUQI & FARUQI LLP**
Innessa Melamed Huot
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

email: ihuot@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (*Pro Hac Vice*)
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-Mail: tpeter@faruqilaw.com

*\*Pro Hac Vice Application Forthcoming*

*Attorney for Plaintiffs*