UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2178
_____

JUAN HUERTAS, On behalf of themselves and all others similarly situated; EVA MISTRETTA, On behalf of themselves and all others similarly situated; JOSE VILLARREAL; DON PENALES, JR.; MIKE POOVEY; JEREMY WYANT; CHRISTOPHER CADORETTE; JONATHAN MARTIN; SEAN STEINWEDEL,
Appellants

v.

BAYER US LLC

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-21-cv-20021)
District Judge:  Honorable Susan D. Wigenton
_____

Argued on May 1, 2024
_____

Before:  KRAUSE, CHUNG, and AMBRO, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on May 1, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered May 23, 2023 is hereby REVERSED, and this matter is REMANDED to the District Court for further proceedings consistent with this order.

Costs will be taxed against the Appellees.  All of the above in accordance with the opinion of this Court.

          ATTEST:

          s/ Patricia S. Dodszuweit
          Clerk

Dated: November 7, 2024