# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN HUERTAS, EVA MISTRETTA, JEREMY WYANT, MIKE POOVEY, AND DARRELL STEWART, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> AEROPRES CORPORATION, AUX SABLE LIQUID PRODUCTS LP, BAYER HEALTHCARE LLC, BAYER U.S. LLC, BEIERSDORF MANUFACTURING, LLC, BEIERSDORF, INC., BEIERSDORF NORTH AMERICA, INC., AND BP ENERGY COMPANY, <br><br> Defendants. | Case No. 2:21-CV-20021-SRC-CF <br><br> HON. STANLEY R. CHESLER <br> HON. CARI FAIS <br><br> **JOINT REQUEST AND ORDER TO EXTEND THE TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiffs Juan Huertas, Eva Mistretta, Jeremy Wyant, Mike Poovey, and Darrell Stewart, on behalf of themselves and all other similarly situated (collectively, "Plaintiffs"), and Defendants Aeropres Corporation, Aux Sable Liquid Products LP, Bayer Healthcare LLC, Bayer U.S. LLC, Beiersdorf Manufacturing, LLC, Beiersdorf, Inc., Beiersdorf North America, Inc., and BP Energy Company, (collectively, "Defendants," and together with Plaintiffs, the "Parties"), jointly request a two-week extension for Plaintiffs to file the motion for preliminary approval of the settlement from November 24, 2025 to December 8, 2025.

The Parties previously notified the Court that they anticipated presenting the comprehensive settlement fully resolving this action to the Court for preliminary approval on November 24, 2025 (ECF No. 113). Since that time, the Parties have been diligently negotiating and finalizing the settlement agreement and all supporting documents, including the proposed class notice program, claims forms, motion for preliminary approval of class settlement, and proposed order granting preliminary approval. Given the number of Parties and participants that are required to approve and execute the settlement agreement and establish the notice program, including Plaintiffs, Defendants, and the settlement administrator that will be implementing the notice program and administering the settlement, the Parties require a brief extension of time to procure final execution of the settlement documents to present to the Court for approval. In light of the holiday next week,

-1-

the Parties request that the Court extend the date for submission of the motion for preliminary approval until December 8, 2025.

WHEREFORE, the Parties respectfully request that the Court grant an extension of the time to submit the motion for preliminary approval of the settlement until December 8, 2025.

Dated:   November 21, 2025                    Respectfully submitted,

| | |
|---|---|
| **FARUQI & FARUQI, LLP** | **MCCARTER & ENGLISH, LLP** |
| By: *s/ Innessa M. Huot* <br> Innessa M. Huot | By: *s/ Edward J. Fanning, Jr.* <br> Edward J. Fanning, Jr. |
| Innessa Melamed Huot <br> Alexa Nicole Salazar <br> 685 Third Avenue, 26th Floor <br> New York, NY 10017 <br> Telephone: (212) 983-9330 <br> Facsimile: (212) 983-9331 <br> email: ihuot@faruqilaw.com <br>          asalazar@faruqilaw.com | Edward J. Fanning, Jr. <br> Four Gateway Center <br> 100 Mulberry St. <br> Newark, NJ 07102 <br> Telephone: (973) 639-7927 <br> Facsimile: (973) 297-3868 <br> Email: efanning@mccarter.com |
| **BURSOR & FISHER, P.A.** <br> Philip L. Fraietta <br> Max S. Roberts* <br> Andrew Obergfell <br> 1330 Avenue of the Americas-32nd Fl. <br> New York, NY 10019 <br> Telephone: (646) 837-7150 <br> Facsimile: (212) 989-9163 <br> Email:   pfraietta@bursor.com <br>            mroberts@bursor.com <br>            aobergfell@bursor.com | **COVINGTON & BURLING LLP** <br> Andrew Soukup* <br> Marc Capuano* <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, DC 20001 <br> Telephone: (202) 662-6000 <br> Facsimile: (202) 778-5536 <br> Email:   asoukup@cov.com <br>            mcapuano@cov.com <br><br> *Admitted *Pro Hac Vice* <br><br> *Counsel for Defendants Bayer U.S. LLC and Bayer Healthcare LLC* |

-2-

**SILVER GOLUB & TEITELL LLP**
Steven L. Bloch*
Ian W. Sloss*
1 Landmark Sq., 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
E-Mail: sbloch@sgtlaw.com
    isloss@sgtlaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter*
1617 JFK Boulevard, Suite 1550
Philadelphia, PA 19103
Telephone: (215) 277-5770
Facsimile: (216) 277-5771
E-Mail: tpeter@faruqilaw.com

*Admitted *Pro Hac Vice* or *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiffs*

**GOLDBERG SEGALLA**
James W. Ozog *
David Osterman*
Chad J. Latyon*
222 West Adams St. – Suite 2250
Chicago, IL 60606
Telephone: (312) 572-8400
Facsimile: (312) 572-8401
Email: jozog@goldbergsegalla.com
    clayton@goldbergsegalla.com

David S. Osterman
301 Carnegie Center Drive, Suite 200
Princeton, NJ 09540
Telephone: (609) 986-1300
Facsimile: (609) 986-1301
Email:
dosterman@goldbergsegalla.com

*Admitted *Pro Hac Vice* or *Pro Hac Vice* Application Forthcoming

*Counsel for Defendants Aeropres Corporation*

**HOLLAND & KNIGHT LLP**
Timothy Ray*
150 N. Riverside Plaza, Suite 2700 |
Chicago, Illinois 60606
Telephone: (312) 263-3600
Facsimile: (312) 578-6660
Email: timothy.ray@hklaw.com

*Admitted *Pro Hac Vice*

*Counsel for Defendants Beiersdorf Manufacturing, LLC, Beiersdorf, Inc., and Beiersdorf North America, Inc.*

**SMITH, GAMBRELL & RUSSELL, LLP**
Ryan J. Solfaro
Robert Baratta
Jill Anderson
1301 Avenue of the Americas, 15th Floor
New York, New York 10019
Tel: (646) 887-9589
Fax: (646) 887-8164
rsolfaro@sgrlaw.com

*Counsel for Defendant*
*Aux Sable Liquid Products LP*

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**
Timothy Coughlan
Adam Jagadich*
Daniel Alexander*
Harborside Plaza 10
3 Second Street, Suite 202
Jersey City, NJ 07311
Tel: (201) 839-2062
Fax: (201) 369-0800
tcoughlan@maronmarvel.com
ajagadich@maronmarvel.com
dalexander@maronmarvel.com

*Admitted Pro Hac Vice or Pro Hac Vice Application Forthcoming

*Counsel for Defendant BP Energy Company*

**IT IS SO ORDERED**:

Dated: __11/24/2025__

s/Stanley R. Chesler
**STANLEY R. CHESLER, U.S.D.J.**

-4-