# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| JUAN HUERTAS, EVA MISTRETTA, MIKE POOVEY, DARRELL STEWART, and JEREMY WYANT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AEROPRES CORPORATION, AUX SABLE LIQUID PRODUCTS LP, BAYER HEALTHCARE LLC, BEIERSDORF MANUFACTURING, LLC, BEIERSDORF, INC., BEIERSDORF NORTH AMERICA, INC., and BP ENERGY COMPANY,<br><br>Defendants. | Case No. 2:21-cv-20021-SRC-CF<br><br>Honorable Stanley R. Chesler<br><br>Honorable Cari Fais |

### PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on January 5, 2026 at 9:00 AM or as soon thereafter as the matter can be heard, Plaintiffs Juan Huertas, Eva Mistretta, Mike Poovey, Darrell Stewart, and Jeremy Wyant (together "Plaintiffs"), pursuant to Fed. R. Civ. P. 23(e), will move before Hon. Stanley R. Chesler, U.S.D.J., to enter the proposed Order Granting Plaintiffs' Motion for Preliminary Approval

1

of Class Settlement and Providing Notice (the "Preliminary Approval Order").

**Defendants do not oppose this motion.**

In support of this motion, Plaintiffs rely upon the accompanying Joint Declaration of Steven L. Bloch, Max S. Roberts, and Timothy J. Peter, ("Joint Decl."), the Declaration of Tiffaney A. Janowicz, the brief in support, and a proposed form of order submitted herewith.

Plaintiffs state as follows:

1. The Parties have entered into a Settlement Agreement, which is attached to the Joint Decl. as Exhibit A.

2. The relief requested in this motion is assented to by Defendants.

3. Plaintiffs respectfully request that the Court:

    A. Grant preliminary approval of the Settlement Agreement as fair, adequate and reasonable;

    B. Preliminarily certify the Class as defined in the Settlement Agreement for purposes of settlement;

    C. Approve the Notice Plan in the Settlement Agreement and the proposed forms of notice, which are attached as Exhibits to the Settlement Agreement;

D. Appoint Plaintiffs as Class Representatives and Bursor & Fisher, P.A., Silver Golub & Teitell LLP, and Faruqi & Faruqi LLP as Co-Lead Class Counsel;

E. Schedule a Final Approval Hearing to consider the fairness, reasonableness and adequacy of the Settlement Agreement and whether final approval should be granted, as well as the application for an award of attorneys' fees and reimbursement of expenses and costs and service awards for the class representatives; and

F. Enter the proposed Preliminary Approval Order.

Dated: December 9, 2025                    Respectfully submitted,

**BURSOR & FISHER, P.A**                   Stamford, Connecticut 06901
                                           Telephone: (203) 325-4491
By: */s/ Andrew J. Obergfell*              Facsimile: (203) 325-3769
    Andrew J. Obergfell                    E-Mail: sbloch@sgtlaw.com
                                                   isloss@sgtlaw.com
Andrew J. Obergfell
Max S. Roberts (*Pro Hac Vice*)            **FARUQI & FARUQI, LLP**
1330 Ave. of the Americas, 32nd Floor
New York, NY 10019                         By: */s/ Timothy J. Peter*
Telephone: (646) 837-7150
Facsimile: (212) 989-9163                  Innessa Melamed Huot
E-Mail: aobergfell@bursor.com              685 Third Avenue, 26th Floor
        mroberts@bursor.com                New York, NY 10017
                                           Telephone: (212) 983-9330
**SILVER GOLUB & TEITELL LLP**             Facsimile: (212) 983-9331
                                           E-Mail: ihuot@faruqilaw.com
By: */s/ Steven L. Bloch*
Steven L. Bloch (*Pro Hac Vice*)           Timothy J. Peter (*Pro Hac Vice*)
Ian W. Sloss (*Pro Hac Vice*)              1617 JFK Boulevard, Suite 1550
1 Landmark Sq., 15th Floor                 Philadelphia, PA 19103

3

Telephone: (215) 277-5770
Facsimile: (215) 277-5771
E-Mail: tpeter@faruqilaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

By: */s/ Andrew J. Obergfell*
Andrew J. Obergfell